IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kamari Diamond,<br><br>   Plaintiff,<br><br>v.<br><br>Mary Zielinski,<br><br>   Defendant. | No. CV-19-05239-PHX-MTL<br><br>**ORDER** |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation ("R & R") (Doc. 28), recommending that the Amended Complaint (Doc. 9) be dismissed without prejudice for Plaintiff's failure to comply with the Court's Orders and to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Having reviewed the R & R, and no objection having been made by any party, the Court hereby incorporates and adopts the R & R in its entirety. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("Neither the Constitution nor [28 U.S.C. § 636(b)(1)(C)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."). Accordingly,

**IT IS ORDERED adopting** the Report & Recommendation (Doc. 28).

**IT IS FURTHER ORDERED** that the First Amended Complaint (Doc. 9) is **dismissed without prejudice** for Plaintiff's failure to comply with the Court's Orders and to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

///

**IT IS FURTHER ORDERED denying** Defendant's Motion to Extend Disclosure and Discovery Deadlines (Doc. 30) as **moot**.

**IT IS FINALLY ORDERED** directing the Clerk of Court to close this case.

Dated this 23rd day of February, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge